

# Fourth Court of Appeals
## San Antonio, Texas

August 17, 2018

No. 04-17-00592-CV

**NORTH EAST INDEPENDENT SCHOOL DISTRICT**
and Texas Commissioner of Education,
Appellants

v.

Dehann **RIOU**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI09958
Honorable Angelica Jimenez, Judge Presiding

## O R D E R

Appellant's Amended Motion for Rehearing is hereby DENIED.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 17th day of August, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court